NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In Re SWORDS TO PLOWSHARES, NATIONAL VETERANS LEGAL SERVICES PROGRAM,**
*Petitioners*

_____

2024-122

_____

On Petition for Writ of Mandamus to the Department of Veterans Affairs.

_____

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of this petition,

2                                          IN RE SWORDS TO PLOWSHARES

IT IS ORDERED THAT:

The petition is dismissed.  *Cf.* Fed. R. App. P. 42(b)(1).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 30, 2024
Date